## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MICHIGAN BELL TELEPHONE )
COMPANY, )
    Plaintiff/Cross-Defendant, )
                              )        No. 1:14-cv-416
-v- )
                              )        HONORABLE PAUL L. MALONEY
RACHEL EUBANKS, NORMAN J. SAARI, )
AND SALLY A. TALBERG, MICHIGAN )
PUBLIC SERVICE COMMISSIONERS, )
    Defendants/Counter-Defendants, )
                              )
    and )
                              )
SPRINT SPECTRUM, L.P., )
    Cross-Defendant/Counter-Plaintiff,)
_____)

### JUDGMENT

    In accordance with the accompanying opinion and order entered on this date (ECF

No. 66), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

    **IT IS SO ORDERED**.

Date:  __July 10, 2017__           ____/s/ Paul L. Maloney____
                                          Paul L. Maloney
                                          United States District Judge